**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DONALD RENSTROM,                                   Civil No. 05-2716 (JRT/RLE)

      Plaintiff,

v.                                                 **ORDER ADOPTING REPORT**
                                                   **AND RECOMMENDATION**

JO ANNE B. BARNHART,

      Defendant.

---

Jennifer G. Mrozik, **NORTHWEST DISABILITY SERVICES**, 1611 West County Road B, Suite 106, Roseville, Minnesota 55113, for plaintiff.

Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for defendant.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that the defendant's motion for summary judgment [Docket No. 14] is GRANTED and plaintiff's motion for summary judgment [Docket No. 10] is DENIED.

DATED: January 29, 2007                              s/John R. Tunheim
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                   United States District Judge